IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TAMMY E. WALTON**                                                             **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO. 1:13-cv-391-HSO-RHW**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**                                     **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Tammy E. Walton's Objections [12] to Magistrate Judge Robert H. Walker's Proposed Findings of Fact and Recommendation [11]. The Court, by separate Order entered this date, has overruled Plaintiff's Objections [12], adopted the Magistrate Judge's Proposed Findings of Fact and Recommendation [11] as the finding of this Court, and affirmed the Commissioner's decision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of March, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE